| | |
|---|---|
| DENTONS US LLP<br>Nicholas B. Janda (SBN 253610)<br>nick.janda@dentons.com<br>601 South Figueroa Street, Ste 2500<br>Los Angeles, California 90017-5704<br>Tel:(213) 623-9300<br>Fax:(213) 623-9924<br><br>Norman M. Aspis (SBN 313466)<br>norman.aspis@dentons.com<br>4655 Executive Drive, Suite 700<br>San Diego, CA 92121<br>Telephone: (619) 699-2574<br><br>Monica B. Richman (*pro hac vice*)<br>Monica.richman@dentons.com<br>Daniel A. Schnapp (*pro hac vice*)<br>daniel.schanpp@dentons.com<br>Mary Kate Brennan (p*ro hac vice*)<br>Marykate.brennan@dentons.com<br>1221 Avenue of the Americas<br>New York, New York 10020-1089<br>Tel: (212) 768-6700<br>Fax: (212) 768-6800<br><br>*Attorneys for Plaintiff* | MORGAN, LEWIS & BOCKIUS LLP<br>Benjamin B. Anger (SBN 269145)<br>ben.anger@morganlewis.com<br>600 Anton Boulevard Suite 1800<br>Costa Mesa, CA  92626-7653<br>Tel:   +1.714.830.0600<br>Fax:  +1.714.830.0700<br><br>Joshua M. Dalton (*pro hac vice*)<br>josh.dalton@morganlewis.com<br>One Federal Street<br>Boston, MA 02110-1726<br>Tel:   +1.617.341.7700<br>Fax:  +1.617.341.7701<br><br>*Attorneys for Defendants* |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAYBREAK GAME COMPANY LLC<br><br>Plaintiff,<br><br>vs.<br><br>KRISTOPHER TAKAHASHI; ALEXANDER TAYLOR; Does 1-20, Inclusive<br><br>Defendants. | Case No. 25-CV-01489-BAS-BLM<br><br>**JOINT MOTION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT** |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
COSTA MESA

DB1/ 160844710.1

JOINT MOTION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT
NO. 25-CV-01489-BAS-BLM

Pursuant to Local Rules 7.2 and 12.1, Defendants Kristopher Takahashi and Alexander Taylor ("Defendants") and Plaintiff Daybreak Game Company LLC, respectfully submit this Joint Motion to Extend Time to Respond to the Complaint, requesting that the Court extend Defendants' deadline to answer, move, or otherwise respond to the Complaint until and through August 15, 2025. In support of this Motion and to show good cause, the Parties state as follows:

1. On June 14, 2025, Plaintiff filed their Complaint herein.

2. On or about June 18, 2025, Plaintiff caused the Complaint to be personally served on Defendants Kristopher Takahashi and Alexander Taylor.

3. Defendants and their counsel are investigating the allegations of Plaintiff's Complaint and require additional time to prepare their response to Plaintiff's Complaint.

4. This is Defendants' first request for an extension of time. This request is not made for the purpose of delay, or for any other improper purpose. Neither party would be unduly prejudiced by the brief extension sought by this Motion.

5. Counsel for Defendants has conferred with counsel for Plaintiff, and Plaintiff has consented to an extension of Defendants' deadline to answer, move to dismiss, or otherwise respond to Plaintiff's Complaint to August 15, 2025.

6. No scheduling order has been entered in this case, and no other deadlines will be affected by the requested extension. The Parties agree that this extension shall not be deemed to constitute a waiver of any rights, defenses, objections or any other application to any Court that any party may have with respect to the claims set forth in the Complaint.

THEREFORE, for good cause, the Parties jointly move the Court to extend the deadline for Defendants to answer, move, or otherwise respond to the Complaint to August 15, 2025 and respectfully request that the Court sign the

Morgan, Lewis & Bockius LLP
Attorneys at Law
Costa Mesa

DB1/ 160844710.1

2

JOINT MOTION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT
NO. 25-CV-01489-BAS-BLM

proposed order submitted concurrently herewith pursuant to Civil Local Rule 7.2.

Dated: July 17, 2025         MORGAN, LEWIS & BOCKIUS LLP

By: s/ *Benjamin B. Anger*
Benjamin B. Anger
ben.anger@morganlewis.com

Attorney for Defendants,
Kristopher Takahashi and
Alexander Taylor

Dated: July 17, 2025         DENTONS US LLP

By: s/ *Nicholas B. Janda*
Nicholas B. Janda
nick.janda@dentons.com

Attorney for Plaintiff,
Daybreak Game Company LLC

### SIGNATURE ATTESTATION

In compliance with Section 2(f)(4) of the Electronic Case Filing Administrative Policies & Procedures Manual, I hereby attest that each of the attorneys on whose behalf this filing is being submitted concurs in the filing's content and has authorized the filing.

By: s/ *Benjamin B. Anger*

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
COSTA MESA

DB1/ 160844710.1

3

JOINT MOTION TO EXTEND TIME FOR DEFENDANTS
TO RESPOND TO COMPLAINT
NO. 25-CV-01489-BAS-BLM